Mark B. Tuvim, WSBA No. 31909
mtuvim@gordonrees.com
SEAAsbestos@gordonrees.com
Kevin J. Craig, WSBA No. 29932
kcraig@gordonrees.com
GORDON & REES LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone:  (206) 695-5100
Fax:  (206) 689-2822
*Attorneys for Defendant Signature Flight Support Corporation*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PARADISE CONSTRUCTION LLC, a North Dakota limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION, a Delaware corporation domiciled in Florida,<br><br>Defendant. | NO.  2:16-cv-01810-RSM<br><br>**STIPULATION FOR EXTENSION OF TIME TO SUBMIT INITIAL DISCLOSURES; ORDER** |

Plaintiff Paradise Construction LLC ("Plaintiff"), on the one hand, and Defendant Signature Flight Support Corporation ("Signature"), on the other hand, by and through their respective undersigned counsel, agree and stipulate as follows:

1. Initial Disclosures pursuant to FRCP 26(a)(1) are due March 3, 2017 pursuant to the Court's January 27, 2017 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement.

2. Counsels for both parties have agreed to a 1-week extension for the deadline to serve Initial Disclosures until March 10, 2017.

DATED this 27th day of February, 2017.

        GORDON & REES SCULLY MANSUKHANI, LLP

        */s  Mark B. Tuvim*
        Mark B. Tuvim, WSBA No. 31909
        Attorneys for Defendant Signature Flight Support Corporation

        PARAMOUNT LAW GROUP, PLLC

        */s  Christopher C. Jacob*
        Christopher C. Jacob, WSBA No. 36412_____
        Counsel for Plaintiff

## **ORDER**

Based on the Stipulation of counsel, the deadline for submittal of Initial Disclosures pursuant to FRCP 26(a)(1) is extended to March 10, 2017.

        [signature]
        RICARDO S. MARTINEZ
        CHIEF UNITED STATES DISTRICT JUDGE