# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PARADISE CONSTRUCTION LLC, a North Dakota limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION, a Delaware corporation domiciled in Florida,<br><br>　　　　　Defendant. | NO.  2:16-cv-01810-RSM<br><br>**STIPULATION AND  ORDER FOR LEAVE TO FILE AMENDED ANSWER** |

　　　　Defendant requests leave to amend its Answer in this case to reflect additional information discovered since the filing of its original Answer.  Plaintiff agrees to Defendant's request.  Therefore, it is hereby stipulated between Plaintiff and Defendant to seek leave of Court to allow the filing and serving of the attached Amended Answer.

　　　　DATED this 10th day of March 2017.

　　　　　　　　　　　　　　　　　　　GORDON & REES SCULLY MANSUKHANI, LLP

　　　　　　　　　　　　　　　　　　　*s/ Mark B. Tuvim*
　　　　　　　　　　　　　　　　　　　Mark B. Tuvim, WSBA No. 31909
　　　　　　　　　　　　　　　　　　　701 Fifth Avenue, Suite 2100
　　　　　　　　　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　　　　　　　　　Telephone: (206) 695-5100
　　　　　　　　　　　　　　　　　　　Email: mtuvim@gordonrees.com
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Signature Flight Support Corporation

STIPULATION AND ORDER FOR LEAVE TO FILE AMENDED ANSWER - 1
No. 2:16-cv-01810 RSM

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

PARAMOUNT LAW GROUP, PLLC

*s/ Christopher C. Jacob*
Christopher C. Jacob, WSBA No. 36412
1000 2nd Avenue, Suite 3000
Seattle, WA 98104
Tel. No. (206) 612-7938
Email: cjacob@paramountlawgroup.com
Attorneys for Plaintiff

## ORDER

Based on the foregoing Stipulation of counsel, the Court grants Defendant leave to file and serve its Amended Answer. The attached Amended Answer is accepted as Defendant's operative answer in this action.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR LEAVE TO FILE
AMENDED ANSWER - 2
No. 2:16-cv-01810 RSM

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822