# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PARADISE CONSTRUCTION, LLC, )
                                    ) CASE NO. C16-1810RSM
        Plaintiff, )
                                    )
    v. ) MINUTE ORDER REGARDING
                                    ) IMPROPER NOTICE OF APPEARANCE
SIGNATURE FLIGHT SUPPORT )
CORPORATION, )
                                    )
        Defendant. )

        The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

        On May 17, 2017, attorney Roger L. Hillman of Paramount Law Group, PLLC, attempted to file a Notice of Substitution of Counsel on behalf of Plaintiff. Dkt. #21. The next day, the Court struck the notice as improper. Dkt. #22. The Court noted that not only had the request been improperly filed as a praecipe by an attorney who had not yet been granted permission to represent any party in this matter, the request itself was improper as it did not comply with the requirements of Local Civil Rule 83.2. *Id.* As a result, the Court informed Plaintiff that it would not act on the request unless or until it was properly re-filed in accordance with the Court rules, by the proper representative, and utilizing the proper event category in CM/ECF. *Id.*

        On May 19, 2017, it appears that Mr. Hillman once again attempted to file a Notice of Appearance. Dkt. #23. However, that Notice was also filed by an attorney other than Mr. Hillman, and it was improperly filed in CM/ECF as a Notice of Appearance for that other

MINUTE ORDER
PAGE - 1

attorney. Dkt. #23. Indeed, the document appears on the Court's docket as a Notice of Appearance by Christopher Jacob, even though the Notice itself was for and signed by Mr. Hillman. *Id.* Mr. Jacob has since entered a separate Notice of Appearance. Dkt. #24.

Accordingly, the Court informs Plaintiff that **as of this date, only Mr. Jacob has made a valid appearance on the record. Mr. Hillman has not been added to the docket, and will not be added until he makes a proper appearance in accordance with the Court's rules. Mr. Hillman is instructed to make a Notice of Appearance by filing in CM/ECF under his own name, which will allow him to add his contact information at that time.**

The Court further notes that Mr. Jacob's contact information in CM/ECF does not appear to be current or match that reflected in his Notice of Appearance. As of this date, the Court docket reflects that Mr. Jacob is associated with PACCAR, Inc. in Bellevue, WA, rather than Paramount Law Group in Seattle, WA. It is counsel's responsibility to ensure that contact information is up to date. The Court will not be responsible for electronic notices that do not reach counsel due to incorrect contact information that has not been update by counsel. The Court's Local Rules also require that counsel keep contact information current.

The Clerk SHALL provide a copy of this Order to Mr. Hillman and Mr. Jacob at the Paramount Law Group address reflected in Mr. Jacob's Notice of Appearance.

DATED this __24th__ day of May, 2017.

                                                      WILLIAM McCOOL, Clerk

                                                      By:    /s/ Rhonda Stiles
                                                                       Deputy Clerk