UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PARADISE CONSTRUCTION LLC, a North Dakota limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION, a Delaware corporation domiciled in Florida,<br><br>Defendant. | NO.  2:16-cv-01810-RSM<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE COUNTERCLAIM** |

Plaintiff Paradise Construction LLC ("Paradise") and Defendant Signature Flight Support Corporation ("Signature"), by and through their respective counsel, stipulate as follows:

1. Signature filed its answer to the complaint herein on January 20, 2017.  Signature subsequently filed an amended answer on March 13, 2017.

2. Signature has determined that it has a counterclaim against Paradise within the context of the transaction and facts at issue in this action.

3. Both Paradise and Signature wish to address all relevant issues between them within the parameters of this action in order to preserve the resources of the parties

STIPULATION AND ORDER FOR LEAVE TO FILE COUNTERCLAIM - 1
No. 2:16-cv-01810 RSM

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

and the Court, and Paradise does not oppose leave to Signature to amend its answer to include a counterclaim. A copy of Signature's proposed Second Amended Answer and Counterclaim is attached hereto as Exhibit A.

DATED this 24th day of July 2017.

GORDON REES SCULLY MANSUKHANI, LLP

*s/ Mark B. Tuvim*
Mark B. Tuvim, WSBA No. 31909
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Email: mtuvim@gordonrees.com
Attorneys for Defendant Signature Flight Support Corporation

PARAMOUNT LAW GROUP, PLLC

*s/ Christopher C. Jacob*
Christopher C. Jacob, WSBA No. 36412
1000 2nd Avenue, Suite 3000
Seattle, WA 98104
Tel. No. (206) 612-7938
Email: cjacob@paramountlawgroup.com
Attorneys for Plaintiff

STIPULATION AND ORDER FOR LEAVE TO FILE COUNTERCLAIM - 2
No. 2:16-cv-01810 RSM

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## ORDER

Based on the stipulation between the parties and the facts stated therein, the Court grants leave to Defendant Signature Flight Support Corporation to file an amended answer (including a counterclaim) within ten (10) days of the date of this order.

DATED this 25 day of July 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*s/ Mark B. Tuvim*
Mark B. Tuvim, WSBA No. 31909
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Email: mtuvim@gordonrees.com
Attorneys for Defendant Signature Flight Support Corporation

PARAMOUNT LAW GROUP, PLLC

*s/ Christopher C. Jacob*
Christopher C. Jacob, WSBA No. 36412
1000 2nd Avenue, Suite 3000
Seattle, WA 98104
Tel. No. (206) 612-7938
Email: cjacob@paramountlawgroup.com
Attorneys for Plaintiff

STIPULATION AND ORDER FOR LEAVE TO FILE COUNTERCLAIM - 3
No. 2:16-cv-01810 RSM

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822