UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARADISE CONSTRUCTION LLC, a North Dakota limited liability company,<br><br>                Plaintiff,<br>v.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION, a Delaware corporation domiciled in Florida,<br><br>                Defendant. | CASE NO. C16-1810 RSM<br><br>ORDER GRANTING MOTION TO AMEND CASE SCHEDULE |

THIS MATTER came on for determination on the parties' Joint Motion to Amend Case Schedule filed August 24, 2017.

The Court considered the record and file herein, including the submissions by the parties in support of and in opposition to the motion. Specifically, the Court considered:

1. Joint Motion to Amend Case Schedule;
2. Defendant's Declaration Regarding Necessity for Amended Scheduling Order (Dkt .29);
3. Declaration of Kurt Lepping in Support of Joint Motion to Amend Case Schedule

Being otherwise fully advised of the premises, it is hereby ORDERED that all dates set by the Order Setting Trial Date and Related Dates be extended by four months, as follows:

| | |
|---|---|
| Disclosure of expert testimony | January 19, 2018 |
| Deadline for filing motions related to discovery | February 20, 2018 |
| Discovery completed by | March 20, 2018 |
| Dispositive motions must be filed by | April 20, 2018 |
| Mediation no later than | June 1, 2018 |
| Motions in limine must be filed by | June 20, 2018 |

ORDER GRANTING JOINT MOTION TO AMEND
CASE SCHEDULE - 1

**PARAMOUNT LAW GROUP, PLLC**
1000 2nd AVE, Suite 3000
Seattle WA 98104
(206) 612-7938

| | | |
|---|---|---|
| Agreed pretrial order due | | July 6, 2018 |

Pretrial conference to be scheduled by the Court
Trial briefs, proposed voir dire questions, jury instruction, neutral statement of the case, and trial exhibits due                    July 13, 2018

Jury trial date                    July 23, 2018

DATED this 24th day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

| PARAMOUNT LAW GROUP, PLLC | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| /s Christopher C. Jacob | s/ Mark B. Tuvim |
| Christopher C. Jacob, WSBA 36412 | Mark B. Tuvim, WSBA No. 31909 |
| 1000 2nd Ave., Suite 3000 | 701 Fifth Avenue, Suite 2100 |
| Seattle WA 98104 | Seattle, WA 98104 |
| Telephone: (206) 612-7938 | Telephone: (206) 695-5100 |
| Email: cjacob@paramountlawgroup.com | Email: mtuvim@gordonrees.com |
| Attorneys for Plaintiff Paradise Construction, LLC | Attorneys for Defendant Signature Flight Support Corporation |