IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PARADISE CONSTRUCTION LLC, a North Dakota limited liability company,<br><br>Plaintiff,<br>v.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION, a Delaware corporation domiciled in Florida,<br><br>Defendants | No. 2:16-CV-01810 RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT SIGNATURE FLIGHT SUPPORT CORPORATION** |

## STIPULATION

The above-captioned plaintiff and defendant Signature Flight Support Corporation stipulate to the entry of the following Order of Dismissal without further Notice, with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' rights of action, claims, and demands against any and all other parties.

DATED this 30th day of August 2018.

| | |
|---|---|
| PARAMOUNT LAW GROUP, PLLC | GORDON REES SCULLY MANSUKHANI, LLP |
| */s/ Christopher C. Jacob*<br>Christopher C., Jacob, WSBA No. 36412<br>Attorney for Plaintiff | */s/ Mark B. Tuvim*<br>Mark B. Tuvim, WSBA No. 31909<br>Kevin J. Craig, WSBA No. 29932<br>Attorney for Signature Flight Support Corporation |

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT SIGNATURE FLIGHT SUPPORT CORPORATION  - 1
Case No. 2:16-CV-01810 RSM

**GORDON REES SCULLY MANSUKHANI**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs' claims against defendant Signature Flight Support Corporation its predecessors, successors, subsidiaries, parents, affiliated entities, directors and officers, are dismissed with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' right of action, claims, and demands against any and all other parties.

DATED this 30th day of August, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

PARAMOUNT LAW GROUP, PLLC

/s/ Christopher C. Jacob
Christopher C. Jacob, WSBA No. 36412
Attorney for Plaintiff

GORDON REES SCULLY MANSUKHANI

/s/ Mark B. Tuvim
Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932
Attorneys for Signature Flight Support Corporation

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT SIGNATURE FLIGHT SUPPORT CORPORATION - 2
Case No. 2:16-CV-01810 RSM

**GORDON REES SCULLY MANSUKHANI**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822